

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

| | |
|---|---|
| *600 Richard B Russell Bldg.* | *Telephone: (404) 581-6310* |
| *75 Ted Turner Dr., S.W.,* | *Fax: (404) 581-6181* |
| *Atlanta, Georgia 30303* | |

March 23, 2021

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr. S.W.
Atlanta, GA 30303

> Re:    United States v. Samy Juarez-Perez, et al
>          Criminal Action No. 1:20-cr-00078-AT-AJB
>          Substitution of Counsel

Dear Mr. Hatten:

   This is to notify you that the above-styled case has been transferred from Nicholas N. Joy to SAUSA Bryan J. Henderson, telephone number 404-581-6310. I request papers and pleadings in this action be served upon me as a counsel of record for the United States from this date forward.

                         Sincerely,

                         KURT R. ERSKINE
                         *Acting United States Attorney*


                         /S/ BRYAN J. HENDERSON
                             BRYAN J. HENDERSON
                         *Special Assistant U.S. Attorney*


cc:  Defense Counsel for Defendants (via ECF)
      Courtroom Deputy
      Criminal Docketing